ANTHONY R. STRAUSS (SBN 72842)
STRAUSS LAW GROUP, A.P.C.
121 N. Fir St., Suite F
Ventura, California 93001
(805) 641-9992 (phone)
(805) 641-9993 (fax)
ars@strausslawgroup.com

Attorneys for Plaintiff
ORNELLA AKPLOGAN


ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Defendant
XCELTECH, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORNELLA AKPLOGAN, an individual,<br><br>　　　　Plaintiff,<br>　vs.<br><br>XCELTECH, INC., a West Virginia Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. CV 104598 JL<br><br>Assignment: Honorable James Larson<br>　　U.S. Magistrate Judge<br>　　Courtroom F, 15th Floor<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**DATE: May 25, 2011**<br>**TIME: 10:30 a.m.**<br>**DEPT.: F** |

00042277.DOC　　　　　　　　　　　　1　　　　　　　　　　　　Case No.: CV 10 4598 JL

**JOINT SUPPLEMENTAL CMC STATEMENT – CV- 10-4598 JL**

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and request the Court to adopt it as a Supplemental Cased Management Order in this case.

### DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1.  The following progress or changes have occurred since the last case management statement filed by the parties:

The Court assigned Sue J. Stott as mediator. Mediation took place in her office on May 10, 2011. Settlement was not reached.

The parties made their Rule 26 Disclosures. Counsel for Plaintiff has informed counsel for Defendant that based upon the Disclosures and other information learned subsequent to the filing of the Complaint, Plaintiff intends to amend her Complaint to add claims for relief based upon fraud and misrepresentation, violation of California Labor Code section 970, and add additional factual bases for the claims made. Plaintiff will file her Motion for Leave to file her First Amended Complaint no later than June 1, 2011.

2.  The parties jointly request the Court to make the following Supplemental Case Management Order: None.

### JOINT REQUEST FOR TELEPHONIC APPEARANCE

The undersigned Anthony R. Strauss, Counsel for Plaintiff Ornella Akplogan, maintains his office in Ventura, California. Request is hereby made to be able to attend the Further Case Management Conference by telephone. **Mr. Strauss' direct line is 805 641.9995 x 101.**

Dated: May 17, 2011                               STRAUSS LAW GROUP, A.P.C.

                                                  By: _____/S/_____
                                                      Anthony R. Strauss
                                                      Attorneys for ORNELLA AKPLOGAN

1
2  Dated: May 17, 2011                    NELSON LAW GROUP
3
4                                         By:_____/S/_____
                                                ROBERT S. NELSON
5                                               Attorneys for XCELTECH, INC.
6
7
8
9                                                    **SO ORDERED**
10
11                                              **JAMES LARSON**
                                                **U.S. MAGISTRATE JUDGE**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

00042277.DOC                          3                    Case No.: CV 10 4598 JL
JOINT SUPPLEMENTAL CMC STATEMENT – CV- 10-4598 JL