**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**CASE NUMBER: C10-4598JL**
**CASE TITLE: AKPLOGAN-V-XCELTECH INC**

**REASSIGNMENT ORDER**
(Assignment Plan - Paragraph I)

IT IS ORDERED that this case is reassigned to the **Honorable Jacqueline Scott Corley** for all further proceedings.

    1.   All future filings shall bear the new initials **JSC** immediately after the case number.

    2.   Cases previously referred to an ADR process (at filing, by order of the previously assigned judge or by stipulation and order) shall proceed under the terms of the applicable ADR local rule. Dates for previously scheduled ADR telephone conferences shall remain in effect.

    3.   All case management, status, and pretrial conference dates and trial dates currently set are VACATED. In all such cases, all discovery cutoff dates and other deadlines associated with the case shall remain in effect. The Court will schedule a case management or status conference.

Dated: June 1, 2011

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk   *Richard W. Wieking*

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel
Transferor CSA