UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ornella Akplogan,　　　　　　　　　　　　　　　　　No. C10-4598 JSC

　　　　　Plaintiff(s),

　　　　　　　　　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　v.

Xceltech,

　　　　　Defendant(s).
_____/

　　　The Court having been advised that the parties have agreed to a settlement of this case,

　　　IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

　　　IT IS SO ORDERED.

Dated: June 22, 2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jacqueline Scott Corley
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge